AO 91 (Rev. 11/11) Criminal Complaint

WARSAW/Arrested/09/15/2015

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Martin LLANEZ<br><br>*Defendant(s)* | )<br>)<br>)  Case No. MO:15-MJ-388<br>)<br>)<br>)<br>) |

FILED
SEP 16 2015
CLERK, U.S DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __9/15/2015__ in the county of __Ector__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 922(g)(1) | Possession of a Firearm by a Felon |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Brian Hutchison, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 9/16/2015

City and state: Midland, Texas

_____
Judge's signature

David Counts, US Magistrate Judge
Printed name and title

United States of America                                    Criminal Complaint

V.

Martin LLANEZ


I, Brian Hutchison, Special Agent with the Drug Enforcement Administration, having been duly sworn, do depose and state the following.

I am a Special Agent (SA) with the United States Drug Enforcement Administration (DEA), Midland Resident Office. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510 (7) of Title 18, United States Code, in that I am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

I have been employed by the Drug Enforcement Administration since January of 2011. In January of 2011, I received seventeen weeks of training at the DEA Academy at Quantico, Virginia, to become a Special Agent. I have received extensive training pertaining to narcotic investigations and the investigation of various crimes which arise from drug trafficking activities. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses.

I am familiar with the facts and circumstances of this investigation as a result of my personal participation in the investigation referred to in this affidavit. I have compiled information derived from numerous discussions with experienced law enforcement officers, including Special Agents of the DEA and Agents and Deputies with the Ector County Sheriff's Office. I have not included every known fact in this investigation, rather only these facts necessary to establish probable cause.

On September 15, 2015 the Ector County Sheriff's Office conducted a traffic stop on a 2007 Pontiac Grand Prix, with Texas license plate GFX1340. During the stop, the driver, later identified as Martin LLANEZ exited the vehicle and started making movements to the front seat. Deputies ran up to the LLANEZ and observed a Kimel Industries .32 caliber revolver with serial number 647621 in the front seat of the vehicle. LLANEZ was detained based on the firearm being observed in the seat. LLANEZ stated there was a second firearm located in the backseat of the vehicle. Deputies subsequently located a Nornico Sporter AK-47 with Serial number 27002225.

The .32 caliber revolver is manufactured in Matthews, North Carolina, USA and the AK-47 is manufactured in China.

United States of America                                    Criminal Complaint

V.

Martin LLANEZ

The Officers on scene conducted a criminal history check of LLANEZ. LLANEZ has three felony convictions. LLANEZ was convicted of Robbery in 2000 in Odessa, TX, Burglary of a Building in 2000 in Midland, Texas and Forgery of a Financial Instrument in 2014.

_____
Brian Hutchison
Special Agent
Drug Enforcement Administration



Sworn to and subscribed before me in my presence on this day the ___16th___ of September, 2015.

_____
David Counts
United States Magistrate Judge